[Civil No. 832.]

TOM TI, Appellant, v. WILLIAM E. BECK et al., Appellees.

APPEAL from the District Court of the Second Judicial District in and for the County of Graham. F. M. Doan, Judge.

Edwards & McFarland, and L. Kearney, for Appellant.

Street & Alexander, for Appellees.

January 12, 1904. Dismissed.

———

[Civil No. 852.]

ERNEST FERAR, Appellant, v. G. R. BAUERBACH, Appellee.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Navajo. R. E. Sloan, Judge.

No appearance for Appellant.

J. F. Wilson, and W. H. Burbage, for Appellee.

January 12, 1904. Affirmed on short transcript.

———

[Civil No. 834.]

JAMES SHIRLEY, Appellant, v. GEORGE MITCHELL et al., Appellees.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Yavapai. R. E. Sloan, Judge.

J. J. Hawkins, and Atwater & Cruikshank, for Appellant.

Robert E. Morrison, and William H. Barnes, for Appellees.

January 18, 1904. Dismissed.